**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

CUSTOM DESIGN, INC.,
Plaintiff,

v. CA 03-522ML

FAMILY DOLLAR STORES,
Defendant.

---

**RETURN RECEIPT FOR EXHIBITS**

**PLAINTIFF'S EXHIBITS** re: April, 2005, Jury Trial

David A. DiMarzio
Clerk of Court

Received by: ____________

Date: 6/24/05

By: ____________
Deputy Clerk